William Nagle, appellee, v. The Minneapolis Threshing Machine Company, appellant. Gen. No. 8,303.

662

Opinion filed August 29, 1931.
Elmer Mohan, for appellant. Butters & Butters, for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.